IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NOE HERNANDEZ-DELGADO,<br><br>    Defendant. | CR NO: 2:13-CR-00298-KJM |

**FILED**
JUL 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: NOE HERNANDEZ-DELGADO
Detained at: AVELNAL STATE PRISON (ASP)
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
              charging detainee with: Deported Alien Found in the United States
        or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
         or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA Nirav Desai/916-554-2716 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/30/14                    _____
                                  Honorable Dale A. Drozd
                                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Noe Hernandez, Adam Rios, Adan Rios | ☒Male | ☐Female |
| Booking or CDC #: | AR3283 | DOB: | 5/17/63 |
| Facility Address: | #1 Kings Way, Avenal, CA 93204 | Race: | |
| Facility Phone: | 559-386-0587 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                          (signature)